**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JANEEN ACEY and AMBER HOPKINS, *et al.* | * | |
| | * | |
| Plaintiffs, | | |
| | * | Civil Action No. 8:18-cv-1395-PX |
| v. | | |
| | * | |
| HMS HOST CORPORATION, *et al.* | | |
| | * | |
| Defendants, | | |
| | * | |
| *and*, | | |
| | * | |
| AMY STORCH, *et al.* | | |
| | * | |
| Plaintiffs, | | |
| | * | Civil Action No. 8:18-cv-3322-PX |
| v. | | |
| | * | |
| HMS HOST CORPORATION, *et al.* | | |
| | * | |
| Defendants, | | |
| | * | |
| *and*, | | |
| | * | |
| ROLANDO FLORES, *et al.* | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. 8:18-cv-3312-PX |
| | * | |
| HMS HOST CORPORATION, *et al*. | | |
| | * | |
| Defendants. | | |
| | *** | |

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is the 18th day of October 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The parties' Motion to Approve Settlement in *Acey v. HMS Host Corp.*, No. 8:18-cv-1395 (ECF No. 135) is GRANTED;

2. The Joint Stipulation of Settlement Agreement and Release in *Acey v. HMS Host Corp.*, No. 8:18-cv-1395 (ECF No. 135-1) is APPROVED;

3. At the request of the parties, Jane Acey and Amber Hopkins' Second Amended Complaint in *Acey & Hopkins v. HMS Host Corp.*, No. 8:18-cv-1395 (ECF No. 96) is DISMISSED WITH PREJUDICE;

4. The parties' Motion to Approve Settlement in *Storch v. HMS Host Corp.*, No. 8:18-cv-3322 (ECF No. 31) is GRANTED;

5. The Joint Stipulation of Settlement Agreement and Release in *Storch v. HMS Host Corp.*, No. 8:18-cv-3322 (ECF No. 31-1) is APPROVED;

6. At the request of the parties, Amy Storch's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE;

7. The parties' Motion to Approve Settlement in *Flores v. HMS Host Corp.*, No. 8:18-cv-3312 (ECF No. 31) is GRANTED;

8. The Joint Stipulation of Settlement Agreement and Release in *Flores v. HMS Host Corp.*, No. 8:18-cv-3312 (ECF No. 31-1) is APPROVED;

9. At the request of the parties, Rolando Flores' Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE;

10. The Clerk SHALL LIFT THE STAY IN THE ABOVE-CAPTIONED CASES, CLOSE THESE CASES and TRANSMIT copies of this Order to the parties.

October 18, 2021_____          __/S/_____
Date                                        Paula Xinis
                                            United States District Judge